UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL PIERRE,

                Plaintiff,

           -v.-                                21 Civ. 7302 (KPF)

CITIBANK, N.A., EXPERIAN              **ORDER OF PARTIAL DISCONTINUANCE**
INFORMATION SOLUTIONS, INC.,
and TRANSUNION LLC.,

                Defendants.

KATHERINE POLK FAILLA, District Judge:

      By letter dated September 28, 2021, Plaintiff Samuel Pierre and Defendant Citibank, N.A. ("Citibank"), reported to the Court that they have reached a settlement in this case. (Dkt. #21). Accordingly, it is hereby:

      ORDERED that this action be conditionally discontinued as to Citibank without prejudice and without costs; provided, however, that on or before **November 15, 2021**, Plaintiff and Citibank may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, Plaintiff and Citibank shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and Plaintiff and Citibank shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate.

This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar on or before **November 15, 2021**.

The Clerk of Court is directed to adjourn all remaining dates and deadlines as to Citibank.

SO ORDERED.

Dated: September 29, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge