UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL PIERRE,

              Plaintiff,

          -v.-

CITIBANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC.,

              Defendants.

21 Civ. 7302 (KPF)

**ORDER OF DISCONTINUANCE**

KATHERINE POLK FAILLA, District Judge:

    By letter dated November 15, 2021, Plaintiff Samuel Pierre and Defendant Experian Information Solutions, Inc. ("Experian"), reported that they have reached a settlement in this case. (Dkt. #26). Accordingly, it is hereby:

    ORDERED that this action be conditionally discontinued as to Experian without prejudice and without costs; provided, however, that on or before **December 31, 2021**, Plaintiff and Experian may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated. Upon such application for reinstatement, Plaintiff and Experian shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and Plaintiff and Experian shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as

appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar on or before **December 31, 2021**.

In light of the fact that Experian is the final remaining defendant in this case, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: November 16, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge